# United States Bankruptcy Court
Southern District Of New York

Case No. <u>10-22740 (RDD)</u>

In re <u>12 Byfield, LLC,</u>          Chapter 11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

    I, James Scheckter, Designated Officer of the above-mentioned Debtor do hereby declare under penalty of perjury that I have read the foregoing summary and schedules and that they are true and correct to the best of my knowledge, information and belief.


Date:   April 30, 2010                    Signature: */s/ James Scheckter*
                                                                                                 Mr. James Scheckter
                                                                                                 Designated Officer